1

2

3

4

5

6

7

8

9    IN THE UNITED STATES DISTRICT COURT

10    FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13    LOREN ROBINSON,                          1:06-CV-0547 OWW LJO P

14            Plaintiff,

15        vs.

16    S. CERVANTES, et al.,

17

18            Defendants.              _____ORDER TRANSFERRING CASE

19    _____/

20        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C.

21    § 1983.

22        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

23    violations took place in Solano County which is part of the Sacramento Division of the United States

24    District Court for the Eastern District of California.   Therefore, the complaint should have been filed

25    in the Sacramento Division.

26        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

27    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be

28    transferred to the Sacramento Division.

1         Good cause appearing, IT IS HEREBY ORDERED that:

2        1.   This action is transferred to the United States district Court for the Eastern district of

3    California sitting in Sacramento; and

4        2.   All future filings shall refer to the new Sacramento case number assigned and shall be filed

5    at:

6

7                       United States District Court
                        Eastern District of Califomia
                        501 "I" Street, Suite 4-200

8                       Sacramento, CA 95814
     IT IS SO ORDERED.

9    **Dated:   May 24, 2006**             **/s/ Lawrence J. O'Neill**

10   b9ed48                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28