IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOREN ROBINSON,

       Plaintiff,                No. CIV S-06-1151 LKK PAN P

   vs.

S. CERVANTES, et al.,

       Defendants.        ORDER

_____/

       Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of June 14, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's July 24, 2006 application for an extension of time is granted; and

       2. Plaintiff's application to proceed in forma pauperis submitted on July 17, 2006 is deemed timely.

DATED: July 26, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
robi1151.ext